UNITED STATES of AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

DOUGLAS RITTER,

Plaintiff,

DEMAND FOR JURY TRIAL

-vs-

Case No.
Hon.

WELTMAN WEINBERG & REIS CO OF MICHIGAN ,

Defendant.

## COMPLAINT & JURY DEMAND

A companion case is pending in the State of Michigan 67-4A District Court titled *Discover Bank v. Ritter* Case No. GCD13-100 before the Hon. Mark C. McCabe.

## Introduction

1. The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

## Jurisdiction

2. This court has federal question jurisdiction under the Fair Debt Collection Practices Act, 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331, 1337.

3. This court may exercise supplemental jurisdiction over the related state law claims arising out of the same nucleus of operative facts which give rise to the Federal law claims.

**Parties**

4. The Plaintiff to this lawsuit resides in Fenton, Michigan in Genesee County.

5. Weltman, Weinberg & Reis Co of Michigan, ("WW&RCOM") is a corporation doing business in Michigan.

**Venue**

6. The transactions and occurrences which give rise to this action occurred in Genesee County.

7. Venue is proper in the Eastern District of Michigan.

**General Allegations**

8. On or about August 30, 2013, WW&RCOM garnished the Defendant's wages in the amount of $139.01 pursuant to a judgment by default taken against Mr. Ritter in State of Michigan 67-4A District Court titled *Discover Bank v. Ritter* Case No. GCD13-100 before the Hon. Mark C. McCabe ("collection lawsuit")

9. On September 3, 2013, the court in the collection lawsuit granted Mr. Ritter's motion to set aside the default judgment.

10. In spite of actual knowledge that the court in the collection lawsuit granted Mr. Ritter's motion to set aside the default judgment, WW&RCOM continued to take money from Mr. Ritter's paycheck.

11. On September 6, 2013, WW&RCOM took $166.08 from Mr. Ritter's paycheck with no legal right to take this money.

12. On September 13, 2013, WW&RCOM took $165.16 from Mr. Ritter's paycheck with no legal right to take this money.

13. On September 20, 2013, WW&RCOM took $168.52 from Mr. Ritter's paycheck with no legal right to take this money.

14. WW&RCOM has failed to return all of the money it took from Mr. Ritter's paycheck, but only returned a portion on September 26, 2013.

15. As a result of WW&RCOM's illegal garnishments after the court in the collection matter ruled that the judgment was set aside, Mr. Ritter suffered damages; *inter alia* he was unable to make a payment on his truck and it was repossessed.

**COUNT I – Fair Debt Collection Practices Act (WW&RCOM)**

16. Mr. Ritter incorporates the preceding allegations by reference.

17. At all relevant times WW&RCOM – in the ordinary course of its business – regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

18. WW&RCOM is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

19. WW&RCOM 's foregoing acts in attempting to collect this alleged debt against Mr. Ritter constitute violations of the FDCPA.

20. Mr. Ritter has suffered actual damages as a result of these violations of the FDCPA.

**Demand for Jury Trial**

21. Plaintiff demands trial by jury in this action.

**Demand For Judgment for Relief**

*ACCORDINGLY, Mr. Ritter requests that the Court:*

*a. Assume jurisdiction over all claims;.*

*b. Award actual damages.*

c. *Award statutory damages.*

d. *Award punitive damages.*

e. *Award statutory costs and attorney fees.*

Respectfully Submitted,

ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC

By: s/ Adam G. Taub
Adam G. Taub (P48703)
Attorney for Douglas Ritter
17200 West 10 Mile Rd. Suite 200
Southfield, MI 48075
Phone: (248) 746-3790
Email: adamgtaub@clgplc.net

Dated: October 8, 2013